IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01305-EWN-CBS

STEPHEN MARTINEZ,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Applicant's Motion for Permission to File Transverse and Enlargement of Time to Do So (*doc. no. 11*) is **GRANTED**.  The deadline is extended to **October 1, 2007**.

**DATED:**     September 4, 2007