IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01305-CMA-KMT

STEPHEN MARTINEZ,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 13, 2009**, the Clerk of the Denver District Court shall provide to this court the original written record of Denver criminal case no. 98CR5061, *People v. Stephen Martinez*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

    Dated this 12th day of March, 2009.

                                          **BY THE COURT:**

                                          Kathleen M. Tafoya
                                          United States Magistrate Judge