FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 07-cv-01305-CMA-KMT

STEPHEN MARTINEZ,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F. and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __4th__ day of October, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01305 CMA-KMT

Denver District Court
1437 Bannock St. Rm 256
Denver, CO 80202

Kathrarine J. Gillespie - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Stephen Martinez
# 103791
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __10/4/2012__.

                                          JEFFREY P. COLWELL, CLERK

                                  By: _s/ D. Berardi_____
                                           Deputy Clerk